# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | 2:20-cv-01601-ODW (JCx) | Date | May 12, 2020 |
|---|---|---|---|
| Title | *Sara Barbara Vertiz v. Target Corporation.* | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not present | Not present | |

**Proceedings (In Chambers):**

"[C]ounsel contemplating the filing of any motion shall first contact opposing counsel to discuss thoroughly, preferably in person, the substance of the contemplated motion and any potential resolution."  C.D. Cal. L.R. 7-3.  "The Court may decline to consider a motion unless it meets the requirements of L.R. 7-3."  C.D. Cal. L.R. 7-4.

On March 20, 2020, Plaintiff noticed a motion to remand without meeting and conferring with Defendant.  (Opp'n to Mot. to Remand 3–4, ECF No. 15.)  As such, the Court **DENIES** Plaintiff's motion **without prejudice**.  Plaintiff's may refile their motion after satisfying Local Rule 7-3.

**IT IS SO ORDERED.**

                                                                                    :     00

Initials of Preparer   SE