**JS-6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| SARA BARBARA VERTIZ, an individual,<br><br>        Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, a business entity of unknown form; and DOES 1 to 50,<br><br>        Defendants.<br>_____/ | Case No. 2:20-cv-01601-ODW (JCx)<br><br>District Judge: Otis D. Wright, II.<br>Magistrate Judge: Jacqueline Chooljian<br><br>[Los Angeles County Superior Court Case No. 19STCV43282]<br><br>**ORDER RE STIPULATION TO REMAND AND CAP DAMAGES** |

Good cause appearing therefor, the Court orders as follows:

1. This matter shall be immediately remanded to the Los Angeles County Superior Court, where the parties to the Stipulation have agreed that plaintiff SARA BARBARA VERTIZ will not recover more than $74,999.00.

2. All pending deadlines and hearings in this Court are vacated.

3. The Court REMANDS the case to Los Angeles Superior Court, 111 N. Hill St. Los Angeles, CA 90012.

IT IS SO ORDERED.

Dated: May 29, 2020

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE

1

**[PROPOSED]** ORDER RE STIPULATION TO REMAND AND CAP DAMAGES